880

■ LEONARD INSALACO, Respondent, v. CITY OF NIAGARA FALLS et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Niagara Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PFAUDLER PERMUTIT INC., Respondent-Appellant, v. PRESTO PLASTIC PRODUCTS CO., INC., Appellant-Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Cross appeals from an order of Monroe Special Term granting a motion to strike out the Eighth cause of action in plaintiff's second amended complaint but denying defendant's motion to dismiss said complaint in its entirety.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ TOWN OF WALES, Respondent, v. EDWIN L. SMITH, Doing Business under the Name of CIRCLE MOBIL HOMES COURTS, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from judgment of Erie Trial Term restraining defendant, unless licensed, from operating a house trailer camp on premises owned by him in plaintiff town.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PAUL C. DOOLEY, Doing Business as DOOLEY PROVISION COMPANY, Respondent, v. THOMAS ANTON, Individually and as Secretary of Food Stores Local No. 34, Affiliated with Amalgamated Meat Cutters, Butchers and Allied Market Employees of AFL, et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Supreme Court for plaintiff in an injunction action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PAUL C. DOOLEY, Doing Business as DOOLEY PROVISION COMPANY, Respondent, v. THOMAS ANTON, Individually and as Secretary of Food Stores Local No. 34, Affiliated with Amalgamated Meat Cutters, Butchers and Allied Market Employees of AFL, et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from order of Erie Special Term granting plaintiff's motion for a temporary injunction.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GEORGE A. ALESSI, Respondent, v. GERTRUDE MANGE et al., Appellants.— Order modified by striking from the first ordering paragraph thereof the words " unless the plaintiff and defendants will consent and stipulate to increase the verdict to the sum of Twenty Thousand Dollars ($20,000.00), and it is further " and by inserting in place thereof, following the word " costs ", the words " on the ground of inadequacy ", and order further modified by striking therefrom the second ordering paragraph and as modified affirmed, with costs to respondent to abide the event. (See *Burdick* v. *Murray*, 6 A D 2d 855.) All concur. (Appeal from an order of Monroe Trial Term, setting aside the verdict of a jury in favor of plaintiff and granting a new trial unless defendant stipulates to increase the verdict, in an automobile negligence action.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ MARTIN L. MERRIWEATHER, Plaintiff, v. BOLAND & CORNELIUS, Defendant and Third-Party Plaintiff-Appellant. PITTSTON STEVEDORING CORP., Third-Party Defendant-Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow and Goldman, JJ.

■ JOSEPH KOWAL, Appellant, v. BERNICE JACEK, Also Known as BERNICE JACEK KOWAL, Respondent.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.